580

433 A.2d 545

Kirkpatrick, Appellant v. Elia et al.

Argued June 10, 1980. Edgar B. Bayley, for appellant; Lee A. Rosengard, for appellees.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed on the opinion of the court below.

433 A.2d 546

McBurnie v. Columbus McKinnon Corp. v. Foster Wheeler Corp., Appellants.

Argued November 12, 1980. Michael V. Gilberti, for Wheeler Corp., appellant; Arthur Cutruzzula, for McBurnie, appellee; Edward A. McFarland, for McKinnon Corp., appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is hereby affirmed.